IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01749-RPM

JANICE FERWERDA,

    Plaintiff,
vs.

QUALITY BEHAVIORAL OUTCOMES, LLC, d/b/a Trumpet Behavior Health,

    Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Joint Stipulation of Dismissal with Prejudice [16] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs.

DATED: October 30th, 2014

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge